1044

[No. 44493-0-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ADOLFO ALVAREZ-TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09134-3, Jeanette R. Burrage, J., entered March 26, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45637-7-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EVERETTE CHASEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02114-3, Glenna Hall, J., entered October 14, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45703-9-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICO AMON O'CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08413-4, Ronald Kessler, J., entered November 29, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45429-3-I.   Division One.   December 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS DAVILA-MENDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04099-2, Richard M. Ishikawa, J., entered October 15, 1999. *Affirmed* by unpublished per curiam opinion.